168 A.3d 61

**HARCUM, William**

v.

**STATE of Maryland**

**Pet. Docket No. 133, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 758, Sept. Term, 2016).

Petition for writ of certiorari dismissed

■

168 A.3d 61

**HARTWILL, Tycheika**

v.

**STATE of Maryland**

**Pet. Docket No. 109, Sept. Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 2752, Sept. Term, 2014).

Petition for writ of certiorari denied